UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Phillip Joel Boone                                              Docket No. 5:22-CR-94-1D

**Petition for Action on Supervised Release**

COMES NOW Andrew B. Medley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Phillip Joel Boone, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with the Intent to Distribute 500 Grams or More of Cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(l), and § 841(b)(l)(B), Possession with the Intent to Distribute a Quantity of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(c), and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. §§ 924(c) and 924(c)(1)(A)(i), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on April 25, 2023, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On December 5, 2024, pursuant to 18 U.S.C. § 3582(c)(2), the imprisonment term was reduced to 43 months.

Phillip Joel Boone was released from custody on July 1, 2025, at which time the term of supervised release commenced.

On January 7, 2026, the case was re-assigned to the honorable James C. Dever III, United States District Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is committed to showing the court that he is a prosocial and law-abiding individual. The defendant has expressed interest in Cognitive Based Intervention programming. The probation office has established that the defendant is a suitable candidate for the Moral Reconation Therapy program. Therefore, it is recommended that a cognitive behavioral therapy condition be added to assist him with addressing criminal thinking patterns and avoiding risky behavior in the future

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Phillip Joel Boone
Docket No. 5:22-CR-94-1D
Petition For Action
Page 2

Reviewed and approved,

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Andrew B. Medley
Andrew B. Medley
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 984-212-1689
Executed On: January 16, 2026

### ORDER OF THE COURT

Considered and ordered this 13 day of February, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
United States District Judge