UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Phillip Joel Boone**                                    **Docket No. 5:22-CR-94-1D**

### Petition for Action on Supervised Release

COMES NOW Andrew B. Medley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Phillip Joel Boone, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with the Intent to Distribute 500 Grams or More of Cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(l), and § 841(b)(l)(B), Possession with the Intent to Distribute a Quantity of Cocaine, in violation of 21 U.S.C. §§ 841(a)(l) and 841(b)(l)(c), and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. §§ 924(c) and 924(c)(l)(A)(i), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on April 25, 2023, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On December 5, 2024, pursuant to 18 U.S.C. § 3582(c)(2), the imprisonment term was reduced to 43 months.

Phillip Joel Boone was released from custody on July 1, 2025, at which time the term of supervised release commenced.

On January 7, 2026, the case was re-assigned to the honorable James C. Dever III, United States District Judge.

On February 13, 2026, the court approved a Petition for Action allowing the defendant to participate in a cognitive behavioral program.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 27, 2026, the defendant was arrested for Driving While Impaired and Reckless Driving to Endanger, in Halifax County, North Carolina (26CR243332). This case remains pending.

The defendant was forthcoming regarding his conduct and maintained communication with his supervising officer. The undersigned probation officer verbally reprimanded the defendant for his conduct and addressed the expectations of compliance moving forward. The defendant recently began participating in cognitive behavioral programming as of February 2026. The Probation Office will ensure his continued participation and believes this intervention will be beneficial to the defendant's decision-making and overall success under supervision. Additionally, the defendant will be referred for a substance abuse assessment and has expressed his willingness to participate in any recommended services. As a sanction for the violation conduct, it is recommended that his conditions of supervised release be amended to include a curfew with location monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

**Phillip Joel Boone**
**Docket No. 5:22-CR-94-1D**
**Petition For Action**
**Page 2**

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

/s/ Andrew B. Medley
Andrew B. Medley
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 984-212-1689
Executed On: March 9, 2026

### ORDER OF THE COURT

Considered and ordered this ____11____ day of ____March____, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
United States District Judge